UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:13-cv-12372-WGY

| | |
|---|---|
| NICOLE PHILLIPS, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ADLIFE MARKETING AND | ) |
| COMMUNICATIONS COMPANY, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO SET DEADLINE TO FILE MOTION FOR APPROVAL OF SETTLEMENT

The parties have reached a settlement of this action and are in the process of finalizing the settlement agreements for each of the plaintiffs. The Defendants were granted an extension to respond to the Complaint up to and including December 12, 2013, but given the settlement, there is no need for the Defendants to respond. Rather, the parties anticipate filing a joint motion for approval of the settlement by Friday, December 20, 2013 and request this Court allow them this short amount of time to do so.

DATED: December 12, 2013

Respectfully submitted,

**NICOLE PHILLIPS, et al.,**
By their attorneys,

*/s/ Joshua D. Krell*
Joshua D. Krell (BBO#561619)
Corey H. Surett (BBO#488620)
Clark, Hunt, Ahern & Embry
150 CambridgePark Drive
Cambridge, MA 02140
Tel. 617-494-1920
jkrell@chelaw.com
surettjd@gmail.com

ADLIFE MARKETING AND
COMMUNICATIONS COMPANY, INC.,
**et al.,**
By their attorneys,

/s/ *Elise Busny*
Elise Busny (BBO#600320)
Margaret M. Pinkham (BBO#561920)
PINKHAM BUSNY LLP
42 Pleasant Street
Woburn, MA 01801
Tel. 781-933-9840
mpinkham@pinkhambusny.com
ebusny@pinkhambusny.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ *Elise Busny*
Elise Busny

Dated:  December 12, 2013