**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action No. 1:13-cv-12372-WGY

|  |  |
|---|---|
| NICOLE PHILLIPS, et al., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| ADLIFE MARKETING AND COMMUNICATIONS COMPANY, INC., et al., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## JOINT MOTION TO AMEND COMPLAINT TO ADD ONE PLAINTIFF AND TO APPROVE SETTLEMENT

The parties jointly move (i) to amend the complaint to add one additional plaintiff, Kathryn Fleming, and (ii) for approval of the settlement they have reached. As grounds therefor, the parties state as follows:

1. The Complaint was filed on September 25, 2013 and named ten individual plaintiffs. Each plaintiff alleged the same two counts against the defendants: violation of the Massachusetts Wage Act, G.L. ch. 149, §§148 and 150 and violation of the Fair Labor Standards Act. This is neither a class nor collective action.

2. Since the filing of the Complaint, Plaintiffs' counsel has been retained by an additional individual, Kathryn Fleming, who the parties wish to add to the Complaint so that she can be part of the settlement the parties have reached.

3. The parties commenced settlement discussions early in this case, and have been able to come to agreement on all the relevant terms of a settlement, which terms have been

incorporated into 11 separate settlement agreements.  Copies of the eleven settlement agreements are attached hereto as Exhibits A-K.

    For the reasons set forth in the accompanying memorandum, the parties respectfully request that the Court enter an Order substantially in the form attached hereto as Exhibit L, which grants approval of the Settlement as fair and reasonable and orders that the Settlement be implemented in accordance with the terms of the Settlement Agreements.

DATED: December 19, 2013        Respectfully submitted,

**NICOLE PHILLIPS, et al.,**

By their attorneys,

*/s/ Joshua D. Krell*
Joshua D. Krell (BBO#561619)
Corey H. Surett (BBO#488620)
Clark, Hunt, Ahern & Embry
150 CambridgePark Drive
Cambridge, MA 02140
Tel. 617-494-1920
jkrell@chelaw.com
surettjd@gmail.com


**ADLIFE MARKETING AND COMMUNICATIONS COMPANY, INC., et al.,**
By their attorneys,

/s/ *Elise Busny*
Elise Busny (BBO#600320)
Margaret M. Pinkham (BBO#561920)
PINKHAM BUSNY LLP
42 Pleasant Street
Woburn, MA 01801
Tel. 781-933-9840
mpinkham@pinkhambusny.com
ebusny@pinkhambusny.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

                                     */s/ Elise Busny*
                                     Elise Busny

Dated: December 19, 2013