# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action No. 1:13-cv-12372-WGY

NICOLE PHILLIPS, et al., )
)
Plaintiff, )
)
v. )
)
ADLIFE MARKETING AND )
COMMUNICATIONS COMPANY, INC., )
et al., )
)
Defendants. )

## [PROPOSED] ORDER GRANTING
## APPROVAL OF SETTLEMENT

The parties' Joint Motion to Add a Plaintiff and for Approval of Settlement was filed on December 19, 2013. Having considered the papers submitted in support of the motion, including the Settlement Agreements between the Plaintiffs and Defendants, the Court HEREBY ORDERS THE FOLLOWING:

1. Kathryn Fleming is added as a party plaintiff.

2. The Court grants approval of the Settlement on the terms set forth in the Settlement Agreements filed by the parties on December 19, 2013. The Court finds that the Settlements are fair, adequate, and reasonable.

3. The Court orders that the Parties effect and administer the Settlement in accordance with the Settlement Agreements' terms.

4. Without affecting the finality of this Order, the Court reserves continuing and exclusive jurisdiction over the parties to the Settlement Agreement to administer, supervise,

construe and enforce the Settlement Agreement in accordance with its terms and the orders of this Court for the mutual benefit of the parties.

IT IS SO ORDERED, THIS 20TH DAY OF December, 2013.

*William G. Young*
The Honorable William G. Young
United States District Court Judge