UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:13-cv-12372-WGY

|  |  |
|---|---|
| NICOLE PHILLIPS, et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ADLIFE MARKETING AND COMMUNICATIONS COMPANY, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(ii), the parties stipulate to the dismissal of all claims asserted in this action with prejudice, with each party waiving all rights to appeal.

DATED: January 15, 2014

Respectfully submitted,

**NICOLE PHILLIPS, et al.,**

By their attorneys,

*/s/ Joshua D. Krell*
Joshua D. Krell (BBO#561619)
Corey H. Surett (BBO#488620)
Clark, Hunt, Ahern & Embry
150 CambridgePark Drive
Cambridge, MA 02140
Tel. 617-494-1920
jkrell@chelaw.com
surettjd@gmail.com

ADLIFE MARKETING AND
COMMUNICATIONS COMPANY, INC.,
**et al.,**
By their attorneys,

/s/ *Elise Busny*
Elise Busny (BBO#600320)
Margaret M. Pinkham (BBO#561920)
PINKHAM BUSNY LLP
42 Pleasant Street
Woburn, MA 01801
Tel. 781-933-9840
mpinkham@pinkhambusny.com
ebusny@pinkhambusny.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

*/s/ Elise Busny*
Elise Busny

Dated: January 15, 2014